IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>     Plaintiff,<br><br>  v.<br><br>TELLUS OPERATING GROUP, LLC, et al.,<br><br>     Defendants.<br>_____ | No.   C 13-2329 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 3) |

Plaintiff, an inmate in the Napa State Hospital and frequent litigator in this Court, has recently filed this pro se civil rights case. He has not paid the filing fee, and he appears to intend to proceed in forma pauperis.

On May 18, 2000, this Court informed Plaintiff that under the "three-strikes" provisions of 28 U.S.C. § 1915(g) he generally is ineligible to proceed *in forma pauperis* in federal court with civil actions filed while he is incarcerated. *See Grimes v. Oakland Police Dept.*, C 00-1100 CW (Order Dismissing Complaint, 5/18/00). Since then, Plaintiff has continued to file hundreds of civil rights actions seeking *in forma pauperis* status. With respect to each action filed, the Court conducts a preliminary review to assess the nature of the allegations and to determine whether Plaintiff alleges facts which bring him within the "imminent danger of serious physical injury" exception to § 1915(g). In the past, Plaintiff has routinely been granted leave to amend to pay the full filing fee and to state cognizable claims for relief, but he has habitually failed to do so. For example, in 2003 alone Plaintiff's failure to comply resulted in the dismissal of

1   approximately thirty-six actions under § 1915(g).

2   In accord with this ongoing practice, the Court has reviewed the allegations in the
3   present action and finds that Plaintiff alleges no facts which bring him within the
4   "imminent danger" clause.  Moreover, the complaint is plainly frivolous and nonsensical
5   insofar as it alleges that Plaintiff is the Lessor/Owner of "Antioch Field Cotton Valley
6   Formation," complains about "global fracking" and suggests that antibiotic ointment be
7   used to "reduce" earthquakes.

8   Accordingly, this case is DISMISSED under § 1915(g) and as frivolous.  No fee is
9   due.

10  The Clerk of the Court shall close the files and terminate all pending motions in
11  the cases listed in the caption of this order.

12  IT IS SO ORDERED.

13  DATED: July 1, 2013

14  JEFFREY S. WHITE
    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEROME L GRIMES,

        Plaintiff,

  v.

TELLUS OPERATING GROUP, LLC et al,

        Defendant.
_____/

Case Number: CV13-02329 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
Napa State Hospital
#206586-0/ Unit Q-1 & 2
2100 Napa Vallejo Highway
Napa, CA 94558

Dated: July 1, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk